# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 47 EM 2015 |
| Respondent | : |
| v. | : |
| THOMAS MOORE, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 29th day of June, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.